United States Court    August 15, 2016

CLERK, U.S. DISTRICT COURT
RECEIVED
AUG 22 2016
EASTERN DIST OF TEXAS

I Am Requesting A (UCC-1) Universal Commercial Code; Application, paperwork, etc. Will you please provide me with one. Also Applicable law for Jurisdiction for the court. Also I would like to know if I'm being tried under Common Law or Admirality Law. My case # is 6:16-cr-17. I pray that the court and the Government will Respect my request with no unnessessary delays! I am making this request outside of the efforts of my attorney, on my own behalf, confident that I will be shown the same Respect and Professionalism that I have shown you! With the entire respect for the United States, Texas, and Justice, I do write this!

Respectfully Yours,
Brandon Cheatum

Brandon S. Cheatum
206 E Elm St
Tyler TX 75702

Brandon Cheatum
906 E Elm
Tyler TX 75702

SMITH COUNTY
INMATE MAIL

United States District Court
211 W. Ferguson St
Tyler TX 75702