IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

DATE: October 14, 2016

JUDGE: JOHN D. LOVE

REPORTER:

LAW CLERK:

COURTROOM DEPUTY: Sharon Baum

| UNITED STATES OF AMERICA | CASE NO: 6:16-cr-17 |
|---|---|
| V | |
| BRANDON SCOTT CHEATUM | MOTION HEARING |

| ATTORNEYS FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |
|---|---|
| Jim Middleton | Tab Lawhorn |

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:** 3:25              **ADJOURN:** 3:42

| TIME: | MINUTES: |
|---|---|
| 3:25 | Case called. Parties announced they are here and ready. |
| | Mr. Lawhorn begins argument on motion. |
| | Defendant was sworn and begins testimony. |
| | Mr. Middleton responds that he was moved from Gregg County to Smith County. |
| | Mr. Lawhorn responds. |
| 3:36 | Judge makes comments. Judge instructs the Marshal to look into the mail problem and the assault issue. Nothing further we are adjourned. |
| | |
| | |
| | |