UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NUMBER 6:16-CR-17 |
| | § | |
| BRANDON SCOTT CHEATUM | § | |

## ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER

On the 14th day of October, 2016, came on to be heard Defendant's Motion to Transfer

Defendant Brandon Scott Cheatum from the Smith County Jail, after being advised of the

premise, examining the pleadings, and having heard argument of counsel, is of the opinion that

such transfer should in all things be **DENIED.   IT IS, THEREFORE,**

**ORDERED, ADJUDGED AND DECREED** that Defendant's Motion to Transfer

Defendant Brandon Scott Cheatum from the Smith County Jail (Doc. 150) be and same is

hereby **DENIED.**

**So ORDERED and SIGNED this 17th day of October, 2016.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE